IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GREGORY STURGEON,**

**Defendant.**                                                                  **No. 09-30098-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Motion to Remove Electronic Monitoring Device (Doc. 55) filed by Defendant Gregory Sturgeon.  Defendant requests that this Court remove the electronic monitoring device attached to his ankle.  The Government does not object to the motion.  Based on the reasons in the motion, the Court **GRANTS** Defendant's motion (Doc. 55) and **ORDERS** that the electronic monitoring device be removed from Defendant's ankle.

      **IT IS SO ORDERED.**

      Signed this 9th day of March, 2010.

/s/  David R Herndon

**Chief Judge**
**United States District Court**