IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GREGORY STURGEON,**

**Defendant.**                                                              **No. 09-30098-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is a Motion to Leave Southern District of Illinois (Doc. 57) filed by Defendant Gregory Sturgeon.  Defendant Sturgeon states that he is to voluntary surrender to the Federal Incarceration Institution in Memphis, Tennessee on March 25, 2010 and asks for permission from the Court to leave the Southern District of Illinois in order to voluntarily surrender.  Defendant's probation officer has consented to the motion.  Based on the reasons in the motion, the Court **GRANTS** Defendant's motion to leave Southern District of Illinois (Doc. 57).  Defendant has permission to leave this District in order to self-surrender in Memphis, Tennessee.

      **IT IS SO ORDERED.**

      Signed this 19th day of March, 2010.

                                                      /s/  *David R. Herndon*

                                                    **Chief Judge**
                                                    **United States District Court**